JS - 6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | |
|---|---|---|
| Case No. SACV 13-0978-DOC(ANx) | | Date January 15, 2014 |
| Title AHMAD EKHLAS -V- NCO FINANCIAL SYSTEMS INC. | | |

Present: The Honorable  DAVID O. CARTER, U.S. District Judge

| Julie Barrera | C/S 1-13-14 | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| No Appearance | Albert R. Limberg |

Proceedings:   (IN CHAMBERS) ORDER DISMISSING CASE WITH PREJUDICE

    The Court granting plaintiff's request for enlarging time to file an Amended Complaint to January 13, 2014, and Amended Complaint having not been filed, the Court hereby ORDERS case dismissed with prejudice.

 

| | : | 00 |
|---|---|---|
| Initials of Preparer | jcb | |